# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

January 13, 2026

**VIA ECF**

Application GRANTED. SO ORDERED.
Dated: January 13, 2026    *Att cl a*

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Deno v. Commissioner of Social Security,*
       Civil Action 1:25-cv-07391-SDA

Dear Judge Aaron,

    We write on behalf of plaintiff, Katty Nidia Deno, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings which is due on January 21, 2026, per the Court's Standing Scheduling Order.  This is the parties' first request for an extension.  The Plaintiff requests this extension due to having ten briefs due next week and a heavy caseload with overlapping deadlines in the following weeks.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

1.  Plaintiff to file her motion for judgment on the pleadings on or before: **April 21, 2026**;

2.  Defendant to file its response to plaintiff's motion/cross motion on or before: **June 22, 2026**; and

3.  Plaintiff to file her reply, if any, on or before: **July 6, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036              Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Stewart D. Aaron
January 13, 2026
Page 2


        Thank you for your consideration of this request.


                                        Respectfully submitted,


                                        s/Daniel A. Osborn
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:    212-725-9800
                                        Facsimile:    212-500-5115
                                        dosborn@osbornlawpc.com


    cc: Fergus John Kaiser, Esq. (by ECF)