**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

KATTY D.,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

25 **CIVIL** 07391 (SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated October 16, 2026, Plaintiff's motion (ECF No. 10) is GRANTED, the decision of the Commissioner is reversed, and this action is remanded for further proceedings pursuant to sentence four of § 405(g); accordingly, this case is closed.

**Dated:** New York, New York

October 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**